

1 **RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
2 **DONALD P. PARADISO, ESQ.**
Nevada Bar No. 12845
3 **LADAH LAW FIRM**
517 S. Third Street
4 Las Vegas, NV 89101
litigation@ladahlaw.com
5 T: 702.252.0055
*Attorneys for Plaintiff*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA PIETRAFESO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC. dba SUNRISE OF HENDERSON, a Foreign Corporation; DOE NURSES I – XX; DOE MEDICAL PROFESSIONALS I – XX; DOE TECHNICIANS I – XX; DOE STAFF I – XX; DOE HEALTH CARE PROVIDERS I – XX; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | 2:22-cv-02010-RFB-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE A RESPONSE TO DEFENDANT SUNRISE SENIOR LIVING MANAGEMENT, INC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Plaintiff, by and through her counsel of record, Ladah Law Firm, and Defendant, by and through its counsel of record, Moore & Lee LLP, hereby stipulate and agree to continue the time for Plaintiff to file a Response to Defendant Sunrise Senior Living Management, Inc's Motion to Dismiss, ECF No. 8, to January 5, 2023.

Plaintiff's Response is currently due on December 22, 2022. Plaintiff's counsel will be traveling out of the jurisdiction during the holiday season and cannot meet the current deadline without substantially altering his travel plans. After a meet and confer, Defendant's counsel graciously agreed to extend the briefing schedule on this matter. In sum, this stipulation is intended to permit counsel to complete the briefing on Defendant's Motion to Dismiss following the Christmas and New Year holidays. Thus, there is good cause for this stipulation.

The Parties further stipulate Defendant Sunrise Senior Living Management, Inc.'s Reply brief, if any, shall be due January 19, 2023.

DATED this 15th day of December, 2022.   DATED this 15th day of December 2022.

**LADAH LAW FIRM**   **MOORE & LEE, LLP**

*/s/ Ramzy P. Ladah*   */s/ Devon B. Moore*

_____   _____

**RAMZY P. LADAH, ESQ.**   **DEVON B. MOORE, ESQ.**
Nevada Bar No. 11405   Nevada Bar No. 14094
**DONALD P. PARADISO, ESQ.**   402 West Broadway, Suite 400
Nevada Bar No. 12845   San Diego, CA 92101
517 S. Third Street   *Attorneys for Defendant*
Las Vegas, NV 89101
*Attorney for Plaintiff*

## ORDER

This matter having come before this Court upon the Stipulation of the parties hereto as set forth above, and with good cause, the Plaintiff will have until January 5, 2023, to file their Response to Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 8. Defendant Sunrise Senior Living Management, Inc. shall file its Reply brief, if any, by January 19, 2023.

**IT IS SO ORDERED** this 20th day of December 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE