# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA PIETRAFESO,<br><br>    Plaintiff(s),<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-02010-RFB-NJK<br><br>**Order** |

It appears that defense counsel is a member of the Nevada bar, but does not maintain an office in Nevada. *See* Docket No. 10 at 1 (attorney information). An attorney who is admitted to practice in Nevada, but who does not maintain an office in Nevada must comply with the requirements established in Local Rule IA 11-1(b). Attorney Moore must comply with that rule by January 5, 2023.

IT IS SO ORDERED.

Dated: December 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge