# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA PIETRAFESO,<br>    Plaintiff(s),<br>v.<br>SUNRISE SENIOR LIVING MANAGEMENT, INC.,<br>    Defendant(s). | Case No. 2:22-cv-02010-RFB-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is a stipulation to extend deadlines in the scheduling order by 60 days.  Docket No. 20.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause.  Fed. R. Civ. P. 16(b)(4); Local Rule 26-3.  The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).  The required showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed.  *See, e.g.*, *Muniz v. United Parcel Serv., Inc.*, 731 F. Supp. 2d 961, 967 (N.D. Cal. 2010).

An insufficient showing has been made for the relief sought here.  Without elaboration, the stipulation provides that:  the parties "are making ongoing efforts to obtain the necessary documentation in order to provide adequate facts and documentation to retained experts.  However, additional time is needed in order to ensure both parties have adequate time to finish conducting discovery."  Docket No. 20 at 4.  The fact that more time is needed is not the focus on the good cause standard, as the need for additional time is present in every request for extension.  Instead, the focus of the good cause inquiry is on why the time already allotted has proven insufficient.  No meaningful explanation is provided as to that key inquiry.

In addition, the expert disclosure deadline remains a month away, and meaningful explanation is not provided as to why that remaining timeframe is insufficient to obtain the information needed by the experts.

Accordingly, the stipulation to extend is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: March 13, 2023

_____
Nancy J. Koppe
United States Magistrate Judge