UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA PIETRAFESO,<br><br>    Plaintiff(s),<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-02010-RFB-NJK<br><br>**Order**<br><br>[Docket No. 27] |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendant's motion to dismiss. Docket No. 27. In assessing the circumstances and the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the stipulation to stay discovery is **GRANTED**.

If the resolution of the motion to dismiss does not result in the termination of this case, an amended discovery plan must be filed within 14 days of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: May 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The determination that a stay is warranted is closer than it would be ordinarily given that the parties waited so long to seek that relief. *Cf. JoshCo Tech, LLC v. MJJ&L Holdings*, 2020 WL 8254262, *1-2 (D. Nev. Sept. 2, 2020). Counsel would be well served in the future to seek a stay of discovery more promptly.

1