Devon B. Moore
Nevada Bar No. 14094
MOORE & LEE, LLP
402 W. Broadway | Suite 400
San Diego, CA 92101
T: (619) 738-3216
F: (703) 506-2051
d.moore@mooreandlee.com
*Attorney for Defendant Sunrise Senior Living Management Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA PIETRAFESO,<br><br>   Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC. et al.,<br><br>   Defendants. | CASE NO.: 2:22-cv-02010-RFB-NJK<br><br>**PARTIES' STIPULATION AND ORDER FOR SUBSTITUTION OF DESIGNATION FOR SERVICE FOR DEFENDANT SUNRISE SENIOR LIVING MANAGEMENT, INC.** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff PAMELA PIETRAFESO and Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC. (hereinafter collectively referred to as "the Parties") by and through their respective counsel of record, hereby stipulate, agree, and jointly move this Honorable Court for an order approving Defendant's Substitution of Designation for Service. Defendant Sunrise Senior Living Management, Inc. (hereinafter "Sunrise") hereby substitutes:

   Karen L. Bashor, Esq.
   Nevada Bar No. 11913
   Ellen S. Bowman, Esq.
   Nevada Bar No. 12118
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
   Phone: 702.727.1397 | Fax: 702.727.1401
   Email: karen.bashor@wilsonelser.com
   Email: ellen.bowman@wilsonelser.com

As the attorneys for designation for service in place and stead of:

   Riley A. Clayton, Esq.
   Nevada Bar No. 5260
   HALL JAFFE & CLAYTON, LLP
   7425 Peak Drive
   Las Vegas, NV 89128

1

PARTIES' STIPULATION AND ORDER FOR SUBSTITUTION OF DESIGNATION FOR SERVICE FOR DEFENDANT SUNRISE SENIOR LIVING MANAGEMENT, INC.

Phone: 702.316.4111 | Fax: 702.316.4114
Email: Rclayton@lawhjc.com

I consent to the above substitution.

Dated:   June 29, 2023                    MOORE & LEE, LLP

                                          */s/ Devon B. Moore*
                                          Devon B. Moore
                                          *Attorney for Defendant*
                                          *Sunrise Senior Living Management Inc.*

I consent to the above substitution.

Dated:   June 29, 2023                    HALL JAFFE & CLAYTON, LLP


                                          */s/ Riley A. Clayton*
                                          Riley A. Clayton
                                          *Attorney Formerly Designated for Service for Defendant.*

I consent to the above substitution.

Dated:   June 29, 2023                    LADAH LAW FIRM


                                          */s/ Ramzy P. Ladah*
                                          RAMZY P. LADAH, ESQ.
                                          Nevada Bar No. 11405
                                          DONALD P. PARADISO, ESQ.
                                          Nevada Bar No. 12845
                                          517 S. Third Street
                                          Las Vegas, Nevada 89101
                                          *Attorneys for Plaintiff*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2
PARTIES' STIPULATION AND ORDER FOR SUBSTITUTION OF DESIGNATION FOR SERVICE FOR
DEFENDANT SUNRISE SENIOR LIVING MANAGEMENT, INC.

1  I am duly admitted to practice in this District.

2  Above substitution accepted.

3  Dated:    June 28, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

  */s/ Karen L. Bashor*
Karen L. Bashor, Esq.
Ellen S. Bowman, Esq.
*Substituted Attorney Designated for Service for Defendant.*

Docket No. 40 is **GRANTED.**  Docket No. 39 is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: June 30, 2023

~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE